No. 959, Misc.   TRANOWSKI *v.* PATE, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 960, Misc.   REAHM *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 961, Misc.   GARCIA *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 972, Misc.   GOODMAN *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 973, Misc.   LEVY *v.* NEW YORK.   Appellate Division, Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 976, Misc.   WILKERSON *v.* TENNESSEE.   Supreme Court of Tennessee.   Certiorari denied.   *Samuel M. Chambliss* for petitioner.   *George F. McCanless*, Attorney General of Tennessee, and *Thomas E. Fox*, Assistant Attorney General, for respondent.

No. 977, Misc.   STURGES *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 987, Misc.   ZOCHOWSKI *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 991, Misc.   GAINEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox*, *Assistant Attorney General Marshall*, *Harold H. Greene* and *Isabel L. Blair* for the United States.